# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 16-96 |
| ) | |
| MARIKE VUGA, ) | Judge Cathy Bissoon |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated on the record at the competency hearing held today, the Court finds that Defendant is competent to stand trial on the charge against her.

IT IS FURTHER ORDERED that the Court's March 14, 2017 Order denying defense counsel's motion to withdraw, which ordered that defense counsel continue to represent Defendant only in the limited capacity as that of standby counsel, is hereby VACATED. Given that Defendant has not knowingly and voluntarily waived her right to counsel, defense counsel is ordered to fully represent Defendant's interests in this case, and not merely act as standby counsel.

IT IS SO ORDERED.


January 16, 2018                                       s/Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via First-Class, U.S. Mail):

Marike Vuga
U.S. Marshal Service No. 38332-068
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219


cc (via ECF email notification):

All Counsel of Record