IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 16-96 |
| MARIKE VUGA | |

### ORDER GRANTING APPLICATION TO EXCLUDE TIME PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(H)(8)

Based on the application submitted by the United States of America, and the accompanying declaration of Assistant United States Attorney Carolyn J. Bloch, the Court makes the following findings:

1. Marike Vuga is charged by indictment with: International Parental Kidnapping, in violation of 18 U.S.C. § 1204.

2. The United States has filed an application to exclude time for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8).

3. The application is accompanied by the declaration of Carolyn J. Bloch, sworn to on February 21, 2018, which summarizes the relevant facts underlying the indictment.

4. Based on a preponderance of the evidence presented to the Court, it appears that the Office of International Affairs of the United States Department of Justice made an official request, as defined in 18 U.S.C. § 3292(d), to an "authority of a foreign country" in Canada on February 16, 2018;

5. Further, based on a preponderance of evidence presented to the Court, it reasonably appears now, or appeared at the time the request was made, that evidence of the above offense is or was located in Canada;

BASED ON THE ABOVE, IT IS HEREBY ORDERED that the government's application to exclude time, specifically a time period beginning February 16, 2018, and ending upon receipt of the requested evidence, not to exceed one year, for purposes of the Speedy Trial Act is GRANTED.

Specifically, the Court finds that the ends of justice served by granting the government's application to exclude time pursuant to Title 18 U.S.C. § 3161(H)(8) outweighs the best interests of the public and the defendant to a speedy trial, since, for the reasons stated in the government's application, the failure to grant such an exclusion would deny the government a reasonable time necessary to acquire evidence located in a foreign country for trial purposes, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)).

February 21, 2018
Date

s/ Cathy Bissoon
CATHY BISSOON
United States District Judge